352

UNITED STATES of America, Appellant, v.
CROFTON INVESTMENT COMPANY,
Limited, Appellee.
No. 10840.

Circuit Court of Appeals, Ninth Circuit.
July 31, 1944.

Eugene D. Williams and C. H. Scharnikow, Sp. Assts. to Atty. Gen., and Wm. J. Adams, Sp. Attorney, Lands Division, Dept. of Justice, of San Diego, Cal., for appellant.

Gray, Cary, Ames & Driscoll, J. G. Driscoll, Jr., and John M. Cranston, all of San Diego, Cal., for appellee.

Before DENMAN and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties for dismissal of appeal herein as to Tract B, parcel 2, and good cause therefor appearing, it is ordered that the appeal as to Tract B, parcel 2, be dismissed, that a decree of dismissal be filed and entered accordingly and the mandate of this court issue forthwith.

UNITED STATES of America, Appellant, v.
EXCHANGE NATIONAL BANK OF
JEFFERSON CITY, MISSOURI.
No. 12903.

Circuit Court of Appeals, Eighth Circuit.
June 26, 1944.

Maurice M. Milligan, U. S. Atty., and Thomas A. Costolow, Asst. U. S. Atty., both of Kansas City, Mo., for appellant.

James A. Potter, of Jefferson City, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed without taxation of costs in favor of either of the parties in this Court, on motion of appellant and consent of appellee.

UNITED STATES of America, Appellant, v.
LOS ANGELES ATHLETIC CLUB,
Appellee.
No. 10828.

Circuit Court of Appeals, Ninth Circuit.
July 20, 1944.

Charles H. Carr, U. S. Atty., and E. H. Mitchell, Asst. U. S. Atty., both of Los Angeles, Cal., for appellant.

David E. Hinckle, of Los Angeles, Cal., for appellee.

Before DENMAN, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the appeal in above cause be dismissed, that a judgment be filed and entered accordingly and that the mandate of this Court in this cause issue forthwith.